Knute Rife (USB No. 4756)
Rife Law Office
PO Box 2941
Salt Lake City, UT 84110
Telephone: 801-809-9986
Email: KARife@RifeLegal.com
Attorney for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re George Lewis Pease,<br><br>Debtor,<br><br>Address: 3891 Barton Creek Dr.<br>          Eagle Mountain, UT 84005<br><br>Last four digits of Social Security No: 0767 | Case No. 19-20062<br><br>Chapter 13<br><br>Filed Electronically |

### EX PARTE MOTION TO DISMISS PURSUANT TO 11 U.S.C. 1307(b) AND BANKRUPTCY RULE 1017(f)(2)

Debtor requests pursuant to 11 U.S.C. 1307(b) and Bankruptcy Rule 1017(f)(2) that the Court dismiss this case.  This case has not been previously converted, no hearing is required or necessary, and Debtor is entitled to an order of dismissal as a matter of right.

DATED this 14th day of February, 2019.

                /s/ Knute A. Rife
             Knute A. Rife
             Attorney for Debtor