Knute Rife (USB No. 4756)
Rife Law Office
PO Box 2941
Salt Lake City, UT 84110
Telephone: 801-809-9986
Email: KARife@RifeLegal.com
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| In re George Lewis Pease, | Case No. 19-20062 |
| Debtor, | Chapter 13 |
| Address: 3891 Barton Creek Dr.<br>Eagle Mountain, UT 84005 | Filed Electronically |
| Last four digits of Social Security No: 0767 | |

**ORDER GRANTING MOTION TO DISMISS**

Debtor having moved for dismissal pursuant to 11 U.S.C. 1307(b) and Bankruptcy Rule 1017(f)(2), and the Court being fully advised,

IT IS HEREBY ORDERED THAT the Motion is granted, and the case is dismissed.



--------------------END OF DOCUMENT--------------------

1

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER GRANTING MOTION TO DISMISS** shall be served to the parties and in the manner designated below:

I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

| | |
|---|---|
| United States Trustee<br>Ken Garff Bldg.<br>405 South Main Street, Suite 300<br>Salt Lake City, UT 84111 | Lon Jenkins, Chapter 13 Trustee<br>Ken Garff Bldg.<br>405 South Main Street, Suite 600<br>Salt Lake City, UT 84111 |

In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

No list of creditors was filed.